**JOSEPH & KIRSCHENBAUM LLP**
Attorneys at Law

| | |
|---|---|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Phone (212) 688-5640 |
| Josef Nussbaum | Fax (212) 688-2548 |
| Lucas C. Buzzard | www.jk-llp.com |
| Mike DiGiulio | |
| Leah M. Seliger | |

February 18, 2025

**MEMO ENDORSED**

**VIA ECF**

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

        **Re:** *Rojas v. DP Hospitality Group, LLC*,
             **No. 24-cv-772 (KPF)**

Dear Judge Failla,

    We represent Plaintiff Erick Rojas in the above-captioned matter. We in connection with the discovery dispute raised by Plaintiff in his letter dated February 12, 2024. *See* ECF Dkt No. 25. In light of Defendants' letter dated February 18, 2024, and the production Defendants have made as outlined in that letter, *see* ECF Dkt No. 26, we wish to respectfully inform the Court that the discovery dispute is now moot. The parties are currently scheduling depositions of the witnesses referenced in Plaintiff's letter.

    We thank the Court for its consideration and attention to this matter.

                                                  Respectfully submitted,

                                                  _/s/Lucas C. Buzzard_____
                                                  Lucas C. Buzzard

The Court has reviewed the parties' submissions at docket entries 25, 26, and 27. In light of those submissions, Plaintiff's letter motion for discovery is DENIED as moot.

The Clerk of Court is directed to terminate the pending motion at docket entry 25.

Dated:    February 19, 2025          SO ORDERED.
          New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE