JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph — 32 Broadway, Suite 601
D. Maimon Kirschenbaum — New York, NY 10004
Denise Schulman — Phone (212) 688-5640
Josef Nussbaum — Fax (212) 688-2548
Lucas C. Buzzard — www.jk-llp.com
Mike DiGiulio
Leah M. Seliger

April 2, 2025

**VIA ECF**

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007



      Re:    *Rojas v. DP Hospitality Group, LLC*,
             **No. 24-cv-772 (KPF)**

Dear Judge Failla,

      We represent Plaintiff Erick Rojas in the above-captioned matter. We write with Defendants' consent to respectfully request an adjournment of the pre-motion conference currently scheduled for April 16, 2025. *See* ECF Dkt No. 33. The reason for this request is that Plaintiff's attorneys are both going to be out of the office on pre-scheduled vacations during the week of April 16. The parties have conferred and are all available to attend the conference on April 23 or April 24.

      We thank the Court for its consideration and attention to this matter.

                                      Respectfully submitted,

                                      */s/Lucas C. Buzzard*
                                      Lucas C. Buzzard

Application GRANTED.  The conference scheduled for April 16, 2025, is adjourned to **April 23, 2025, at 2:30 p.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 34.

Dated:     April 3, 2025              SO ORDERED.
           New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE