

Brian Pete
7 World Trade Center
250 Greenwich Street, 11th Floor
New York, New York 10007
Brian.Pete@lewisbrisbois.com
Direct: 212.232.1363

March 12, 2026

File No. 27350.3294

**VIA ECF**

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    ***Rojas v. DP Hospitality Group, LLC, et al.***
               **No. 24-CV-0772 (KPF)**

Dear Judge Failla:

We represent Defendants DP Hospitality Group, LLC, Brooklyn Chophouse Times Square, LLC, David Thomas, Stratis Morfogen, and Robert Cummins (collectively, "Defendants") in the above-referenced matter. We write, jointly with Plaintiff, to propose next steps on the remaining claims as directed by the Court's February 26, 2026 Order, Doc. No. 57. The parties have conferred and propose that the Court set a deadline of June 30, 2026 for the parties to submit their Joint Pretrial Order and Pretrial Filings as required in the Court's Individual Rules of Practice in Civil Cases. This will allow the parties time to determine if settlement of the remaining claims is possible while also concurrently preparing for submission of the required materials.

We thank the Court for its time and consideration of this matter.

               *Very truly yours,*

               /s/ *Brian Pete*

               Brian Pete of
               LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:     All Counsel (via ECF)