UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ERICK ROJAS,

Plaintiff,

-against-

DP HOSPITALITY GROUP, LLC d/b/a BROOKLYN
CHOPHOUSE CITY HALL, et al.,

Defendants.
------------------------------------------------------------------X

24-CV-772 (KPF)

**ORDER RESCHEDULING
SETTLEMENT
CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A settlement conference is hereby rescheduled for **Thursday, July 2, 2026, at 2 p.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **June 25, 2026**.

SO ORDERED.

DATED:     New York, New York
           June 22, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge