

Dong Phuong V. Nguyen
140 Broadway, 31st Fl.
New York, New York 10005
Phuong.Nguyen@lewisbrisbois.com
Direct: 646.666.7698

File No. 27350.3294

June 25, 2026

**Via ECF**
Hon. Valeria Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> **MEMO ENDORSED**
>
> HON. VALERIE FIGUEREDO
> UNITED STATES MAGISTRATE JUDGE
>
> **Dated: June 29, 2026**
>
> The requested adjournment is GRANTED. An order rescheduling the conference will be issued separately. The Clerk of Court is respectefullt directed to terminate the motion at ECF No. 65.

> **RE:    Rojas v. DP Hospitality Group, LLC, et al.**
> **No. 24-CV-0772 (KPF)**

Dear Judge Figueredo:

We represent Defendants DP Hospitality Group, LLC, Brooklyn Chophouse Times Square, LLC, David Thomas, Stratis Morfogen, and Robert Cummins (collectively, "Defendants") in the above-referenced matter. Pursuant to paragraph I(e) of Your Honor's Individual Practices in Civil Cases, we write jointly with Plaintiff's counsel to respectfully request that the settlement conference, currently scheduled for July 2, 2026 at 2 p.m., Doc. No. 64, be adjourned, to the afternoons of July 14, 15, or as is convenient for the Court.

The reason for this request is Defendants' counsel are both scheduled to be out of the office due to business and personal obligations that cannot be moved at that time. This is the parties' first such request.

We thank the Court for its consideration of this request, and time and attention to this matter.

Very truly yours,

/s/ Dong Phuong V. Nguyen

Dong Phuong V. Nguyen for
LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:    All Counsel (via ECF)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
178651770.1