Dong Phuong V. Nguyen
140 Broadway, 31st Fl.
New York, New York 10005
Phuong.Nguyen@lewisbrisbois.com
Direct: 646.666.7698

July 10, 2026

File No. 27350.3294

**Via ECF**
Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

MEMO ENDORSED

**RE: Rojas v. DP Hospitality Group, LLC, et al.**
**No. 24-CV-0772 (KPF)**

Dear Judge Failla:

We represent Defendants DP Hospitality Group, LLC, Brooklyn Chophouse Times Square, LLC, David Thomas, Stratis Morfogen, and Robert Cummins (collectively, "Defendants") in the above-referenced matter. Pursuant to the Court's June 30, 2026 Order, Doc. No. 68, we write jointly with Plaintiff's counsel to respectfully notify the Court that the settlement conference before Magistrate Judge Valerie Figueredo has been adjourned to July 29, 2026, Doc. No. 69, and request that the deadline to submit the Joint Pretrial Order be extended to August 17, 2026 so that the parties can concentrate efforts and resources on exploring settlement as detailed in our June 29, 2026 letter to the Court, Doc. No. 66.

We thank the Court for its consideration of this request, and time and attention to this matter.

Very truly yours,

/s/ Dong Phuong V. Nguyen

Dong Phuong V. Nguyen for
LEWIS BRISBOIS BISGAARD & SMITH LLP

cc: All Counsel (via ECF)

Application GRANTED.

The deadline for the parties to file their pretrial submissions is hereby ADJOURNED to **August 17, 2026.**

The Clerk of Court is directed to terminate the pending motion at docket entry 70.

Dated: July 13, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE