Brian Pete
140 Broadway, 31st Fl.
New York, New York 10005
Brian.Pete@lewisbrisbois.com
Direct: 212.232.1363

September 29, 2026 File No. 27350.3294

**Via ECF**
Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**RE: Rojas v. DP Hospitality Group, LLC, et al.**
**No. 24-CV-0772 (KPF)**

Dear Judge Failla:

We represent Defendants DP Hospitality Group, LLC, Brooklyn Chophouse Times Square, LLC, David Thomas, Stratis Morfogen, and Robert Cummins (collectively, "Defendants") in the above-referenced matter. We write pursuant to Rule C(i) of Your Honor's Individual Rules of Practice to respectfully request that the jury trial, currently scheduled to start on October 13, 2026 at 9:00 a.m. (Doc. No. 83), be adjourned. Plaintiff does not object to this application.

This request is necessary as individual Defendants will not be able to attend the trial in person or be available in the period leading up to that date to prepare for trial for personal and business reasons. Specifically, Defendant Morfogen is scheduled to undergo medical treatment for a serious medical condition in the weeks leading up to, during, and after the week of trial. Both Defendants Cummins and Thomas are separately scheduled to be out-of-state during the week leading up to trial and the week of trial for business obligations that cannot be moved or rescheduled.[1] Plaintiff does not object to this adjournment request. The parties have conferred and propose adjourning the trial to any date between January 18 to February 12, 2027, March 10-25, 2027, or as is convenient for the Court.[2][3]

[1] For privacy concerns, Defendants do not attach any supporting documents here, but can provide documents showing Defendants' scheduled medical appointments and scheduled travel under seal or for the Court's *in camera* review if necessary.
[2] Plaintiff's counsel notes that they are unavailable from February 22-March 3, 2027 because of a scheduled trial in a different matter, from March 26-April 4, 2027 for a prescheduled vacation, and from April 19-30, 2027 for Passover.
[3] Defense counsel is unavailable from February 15-19, 2027 due to a prescheduled vacation.

We thank the Court for its consideration of this request, and time and attention to this matter.

Very truly yours,

/s/ Brian Pete

Brian Pete of
LEWIS BRISBOIS BISGAARD & SMITH LLP

cc: All Counsel (via ECF)