LEWIS BRISBOIS

Brian Pete
140 Broadway, 31st Fl.
New York, New York 10005
Brian.Pete@lewisbrisbois.com
Direct: 212.232.1363

September 30, 2026 File No. 27350.3294

**Via ECF**
Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**RE: Rojas v. DP Hospitality Group, LLC, et al.**
**No. 24-CV-0772 (KPF)**

Dear Judge Failla:

We represent Defendants DP Hospitality Group, LLC, Brooklyn Chophouse Times Square, LLC, David Thomas, Stratis Morfogen, and Robert Cummins (collectively, "Defendants") in the above-referenced matter. We write jointly with Plaintiff's counsel to report that the parties have settled this matter in principle and respectfully request that the Court adjourn all deadlines, including tomorrow's pre-trial conference set for 4:00 p.m., *sine die*. The parties will work on the settlement papers now and hope to be in a position to submit a motion for settlement approval for the Court's review and approval within the next 30 days.

We thank the Court for its consideration of this request, and time and attention to this matter.

Respectfully,

/s/ Brian Pete

Brian Pete of
LEWIS BRISBOIS BISGAARD & SMITH LLP

cc: All Counsel (via ECF)