UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERICK ROJAS,

Plaintiff,

-v.-

DP HOSPITALITY GROUP, LLC, *doing business as* BROOKLYN CHOPHOUSE CITY HALL; BROOKLYN CHOPHOUSE TIMES SQUARE, LLC; DAVID THOMAS; STRATIS MORFOGEN; and ROBERT (DON POOH) CUMMINS,

Defendants.

24 Civ. 772 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On September 30, 2026, it was reported to the Court that this case has been settled. (Dkt. #89). Accordingly, the parties are instructed to file either (i) a completed settlement agreement along with a joint letter regarding the fairness of the settlement agreement on or before **October 30, 2026**, for this Court's review in accordance with the FLSA and Second Circuit law, *see, e.g., Cheeks* v. *Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015); or (ii) a proposed offer of judgment and a notice of acceptance, pursuant to Rule 68(a) of the Federal Rules of Civil Procedure.

The Clerk of Court is directed to terminate all pending motions and adjourn all remaining dates.

SO ORDERED.

Dated: September 30, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge