JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas C. Buzzard
Mike DiGiulio
Leah M. Seliger

45 Broadway, Suite 320
New York, NY 10006
Phone (212) 688-5640
Fax (212) 688-2548
www.jk-llp.com

October 30, 2026

**VIA ECF**

Hon. Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

**Re:** ***Rojas v. DP Hospitality Group, LLC*, No. 24-cv-772 (KPF)**

Dear Judge Failla,

We represent Plaintiff Erick Rojas in the above-captioned matter. We write jointly with Defendants to respectfully request a two-week extension of time for the parties to submit their application for settlement approval in this matter. The parties have been engaged in finalizing their settlement papers but require the additional time to obtain necessary signatures and prepare their approval application as required by *Cheeks v. Freeport Pancake House.* This is the parties' first request for an extension of this deadline. If granted, it would extend the parties' deadline to November 13, 2026.

We thank the Court for its consideration and attention to this matter.

Respectfully submitted,

_/s/Lucas C. Buzzard_
Lucas C. Buzzard

Application GRANTED. The parties' deadline to submit their application for settlement approval is hereby ADJOURNED to on or before **November 13, 2026.**

The Clerk of Court is directed to terminate the motion at docket entry 91.

Dated: November 2, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE